IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAKIKO KIMURA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-01871

Judge Lindsay C. Jenkins

Magistrate Judge Gabriel A. Fuentes

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | A.N.N.X |
| 3 | MMstyle |
| 4 | SDG SHOP |
| 5 | ZCHOMI |
| 7 | SAFAIRY |
| 12 | HjingSun♛Lightning Deals of Today Prime 2024 |
| 13 | ✿7-14days arrive✿Black Friday Deals Clearance 2024 |
| 14 | NAIMOER Direct |
| 26 | minnkoo |
| 31 | Alxjejo |
| 40 | Y B store |
| 42 | HHmei ✨ Lightning Deals Of Today Prime ✨ |
| 43 | AALBLAC |
| 59 | duoduojiaju |
| 60 | Alice Cup |
| 61 | rong home |
| 62 | WhatCups |
| 63 | Chicheck Cups |
| 65 | LJLGLY |
| 68 | Yayi Creative Home Furnishing |

| | |
|---|---|
| 73 | I Home Enjoy Life |
| 76 | Ruyi Home Decoration Products |
| 77 | Jundidi |
| 80 | Sunflower textile |
| 82 | BRAVOOOO |
| 83 | GANJING |
| 84 | Aesthetic Cups Shop |
| 85 | ARKRT |

DATED: March 30, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 30, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt